IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 22-cv-01581-PAB-MDB

DAVID ULERY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GQ SOLUTIONS, LLC,
GREG QUINTERO, and
JOE RODRIGUEZ,

    Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on Magistrate Judge Dominguez Braswell's Order to Show Cause [Docket No. 16]. In that order, entered on December 5, 2022, Judge Dominguez Braswell observed that plaintiff David Ulery had not served defendants Quintero and Rodriguez with the summons and amended complaint in this action. *Id.* at 1. She ordered Mr. Ulery to show cause by December 19, 2022 as to why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for lack of service. *Id.* at 2. Mr. Ulery has not done so, nor has he served Mr. Quintero and Mr. Rodriguez. Therefore, it is

    **ORDERED** that Mr. Ulery's third, fourth, fifth, and sixth claims against Mr. Quintero and Mr. Rodriguez are dismissed without prejudice. It is further

    **ORDERED** that Mr. Quintero and Mr. Rodriguez are dismissed.

    DATED December 30, 2022