IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 22-cv-01581-PAB-MDB

DAVID ULERY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GQ SOLUTIONS, LLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on plaintiff David Ulery's Stipulation of Dismissal with Prejudice [Docket No. 18] pursuant to Fed. R. Civ. P. 41(a)(2).

    The Court, having reviewed the stipulation, finds that dismissal is appropriate. Furthermore, "[u]nless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Fed. R. Civ. P. 41(a)(2). Mr. Ulery's first and second claims are asserted against defendant GQ Solutions, LLC ("GQ Solutions") on behalf of himself and two classes of similarly situated plaintiffs. Docket No. 10 at 15-19. Mr. Ulery's proposed classes have not been certified. Mr. Ulery has stipulated to the dismissal of the claims he brings on his own behalf with prejudice and dismissal of the claims brought on behalf of the class without prejudice. Docket No. 18 at 1. Given Mr. Ulery's representation that counsel for GQ Solutions agrees to the dismissal, the Court finds it appropriate to dismiss the claims against GQ Solutions in accordance with Mr. Ulery's stipulation. It is therefore

    **ORDERED** that plaintiff's first and second claims against GQ Solutions, asserted on his own behalf, are dismissed with prejudice. It is further

    **ORDERED** that plaintiff's first and second claims against GQ Solutions, asserted on behalf of those similarly situated, are dismissed without prejudice. It is further

    **ORDERED** that this case is closed.

    DATED December 30, 2022